

**IT IS ORDERED as set forth below:**

Date: May 25, 2023

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HEAVEN'S LANDING, LLC,[1] | ) | Case No. 20-21350-JRS |
| | ) | |
| Debtor. | ) | Judge Sacca |
| | ) | |

### FINAL DECREE

The Debtor's Application for Final Decree [Docket No. 164] (the "<u>Application</u>")

came on for hearing on May 25, 2023. Counsel for the Debtor and counsel for the United

States Trustee appeared at the hearing. The United States Trustee also filed a response to

the Application stating that she did not oppose the Application. No other party appeared

---

[1] The last four digits of the Debtor's federal tax identification number are 2632.

KC:4871-8636-3233:1

at the hearing or filed any response to the Application. Based upon the Application and the entire record in this case the Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) it may enter a final order consistent with Article III of the United States Constitution; (iv) the relief requested in the Application is in the best interests of the Debtor and its creditors; (v) proper and adequate notice of the Application and the hearing thereon has been given, and no other or further notice is necessary; and (vi) good and sufficient cause exists for the granting of the relief requested in the Application. Accordingly, it is

ORDERED that this case be, and hereby is closed, as of the date of this Final Decree; *provided, however,* that this Court retains jurisdiction to the extent provided in Article 14 of the Plan; it is

FURTHER ORDERED that the Clerk shall serve a copy of this Final Decree on all parties in interest in this case.

END OF DOCUMENT

Prepared by:

*/s/ Charles N. Kelley, Jr.*
Charles N. Kelley, Jr.
Georgia State Bar No. 412212
Kelley & Clements LLP
PO Box 2758
Gainesville, GA 30503
770-531-0007
ckelley@kelleyclements.com

KC:4871-8636-3233:1