**IT IS ORDERED as set forth below:**



Date: May 25, 2023

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HEAVEN'S LANDING, LLC,[1] | ) | Case No. 20-21350-JRS |
| | ) | |
| Debtor. | ) | Judge Sacca |
| | ) | |

FINAL DECREE

The Debtor's Application for Final Decree [Docket No. 164] (the "Application") came on for hearing on May 25, 2023. Counsel for the Debtor and counsel for the United States Trustee appeared at the hearing. The United States Trustee also filed a response to the Application stating that she did not oppose the Application. No other party appeared

---

[1] The last four digits of the Debtor's federal tax identification number are 2632.

KC:4871-8636-3233:1

at the hearing or filed any response to the Application. Based upon the Application and the entire record in this case the Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) it may enter a final order consistent with Article III of the United States Constitution; (iv) the relief requested in the Application is in the best interests of the Debtor and its creditors; (v) proper and adequate notice of the Application and the hearing thereon has been given, and no other or further notice is necessary; and (vi) good and sufficient cause exists for the granting of the relief requested in the Application. Accordingly, it is

ORDERED that this case be, and hereby is closed, as of the date of this Final Decree; *provided, however,* that this Court retains jurisdiction to the extent provided in Article 14 of the Plan; it is

FURTHER ORDERED that the Clerk shall serve a copy of this Final Decree on all parties in interest in this case.

END OF DOCUMENT

Prepared by:

*/s/ Charles N. Kelley, Jr.*
Charles N. Kelley, Jr.
Georgia State Bar No. 412212
Kelley & Clements LLP
PO Box 2758
Gainesville, GA 30503
770-531-0007
ckelley@kelleyclements.com

KC:4871-8636-3233:1

United States Bankruptcy Court

Northern District of Georgia

In re: Case No. 20-21350-jrs

Heaven's Landing, LLC   Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-8     User: bncadmin     Page 1 of 2

Date Rcvd: May 25, 2023     Form ID: pdf442     Total Noticed: 28

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heaven's Landing, LLC, 460 Anderson Drive, Clayton, GA 30525-2897 |
| cr | + | Connie Bowlin, 631 Doolittle Dr, Clayton, GA 30525-3298 |
| cr | + | JT Funding, LLC, Attn: Brad J. Patten, c/o Smith Gilliam Williams & Miles, PA, P.O. Box 1098, Gainesville, GA 30503-1098 |
| 23245246 | + | A&S Building Systems, 1545 Mountain Road, Andersonville, TN 37705-4111 |
| 23245247 | + | Axis Corporation, 460 Anderson Drive, Clayton, GA 30525-2897 |
| 23245249 | + | Connie J Bowlin, 631 Doolittle Dr, Clayton GA 30525-3298 |
| 23318469 | + | Foothills Land Design, LLC, 164 Professional Drive, Baldwin, GA 30511-4009 |
| 23245252 | + | Foothills Land and Design, LLC, 164 Professional Dr, Baldwin, GA 30511-4009 |
| 23245255 | + | Glenn D. Giles, PO Box 306, Tiger, GA 30576-0306 |
| 23245256 | + | Heaven's Landing Development, LLC, 301 E. Las Olas Blvd, #210, Fort Lauderdale, FL 33301-2254 |
| 23245257 | + | Hildur Enterprises, LLC, PO Box 908, Snohomish, WA 98291-0908 |
| 23245264 | + | JT Funding, LLC, 301 E. LAS OLAS BLVD, #210, Fort Lauderdale, FL 33301-2254 |
| 23245259 | + | Jeannette Ciochetti, PO Box 1842, Clayton, GA 30525-0047 |
| 23245260 | | Jerry Underwood, 340 Jake Field Lane, Clayton, GA 30525 |
| 23245261 | + | John Ashley Martin, 6580 Wolffork ROad, Rabun Gap, GA 30568-2649 |
| 23245262 | + | Jori Ingersoll, PSC 37 Box 2562, APO, AE 09459-0026 |
| 23245266 | + | Mary Jo Walan, 432 Linden Circle, Beecher, IL 60401-3693 |
| 23245267 | + | Michael J. Ciochetti, 863 Anderson Dr, Unit 6, Clayton, GA 30525-2896 |
| 23245269 | + | NCI Building Systems, PO Box 840435, Dallas, TX 75284-0435 |
| 23245270 | + | Rabun County Tax Commissioner, 19 Jo Dotson Cir, Suite 101, Clayton, GA 30525-7040 |
| 23245271 | + | Steve Black, PO Box 159, Wiley, GA 30581-0159 |
| 23245272 | + | T. Wesley Robinson, Hulsey Oliver & Mahar LLP, PO Box 1457, Gainesville, GA 30503-1457 |
| 23245274 | + | TSC Properties, LLC, PO Bo 272, Cleveland, GA 30528-0005 |
| 23245273 | + | The Joseph Walan Revocable Trust, PO Box 1842, Clayton, GA 30525-0047 |
| 23245275 | + | Victor P. Serodino III Revocable Trust, PO Box 4539, Chattanooga, TN 37405-0539 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23245253 | | Email/Text: brnotices@dor.ga.gov | May 25 2023 20:52:00 | Georgia Department of Revenue, Compliance Division ACRS-Bankruptcy, 1800 Century Blvd NE, Suite 9100, Atlanta, GA 30345 |
| 23245254 | | Email/Text: brnotices@dor.ga.gov | May 25 2023 20:52:00 | Georgia Dept of Revenue, Bankruptcy Section, P.O. Box 161108, Atlanta, GA 30321 |
| 23245258 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 25 2023 20:52:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 3

# BYPASSED RECIPIENTS

District/off: 113E-8     User: bncadmin     Page 2 of 2
Date Rcvd: May 25, 2023     Form ID: pdf442     Total Noticed: 28

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23245268 | *+ | Michael J. Ciochetti, 863 Anderson Dr, Unit 6, Clayton, GA 30525-2896 |
| 23245248 | ##+ | Brian M. Deutsch, 2112 Shy Bear Way NW #202, Issaquah, WA 98027-5602 |
| 23245251 | ##+ | Corporation Service Company, AFS for Heaven's Landing Development, LL, 40 Technology Pkwy Sout, #300, Norcross, GA 30092-2924 |
| 23245250 | ##+ | Corporation Service Company, AFS for JT Funding, LLC, 40 Technology Pkwy South, #300, Norcross, GA 30092-2924 |
| 23245263 | ##+ | Joseph Walan, 99 County Rd 756, Enterprise, AL 36330-1429 |
| 23245265 | ##+ | Mary Ann Milan, 340 SW 18th Court, Pompano Beach, FL 33060-9034 |

TOTAL: 0 Undeliverable, 1 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley J. Patten | on behalf of Creditor JT Funding LLC bpatten@sgwmfirm.com, akinnett@sgwmfirm.com |
| Bradley J. Patten | on behalf of Defendant Heaven's Landing Development LLC bpatten@sgwmfirm.com, akinnett@sgwmfirm.com |
| Bradley J. Patten | on behalf of Defendant JT Funding LLC bpatten@sgwmfirm.com, akinnett@sgwmfirm.com |
| Bradley J. Patten | on behalf of Creditor Heaven's Landing Development LLC bpatten@sgwmfirm.com, akinnett@sgwmfirm.com |
| Bradley J. Patten | on behalf of Plaintiff Heaven's Landing Development LLC bpatten@sgwmfirm.com, akinnett@sgwmfirm.com |
| Charles N. Kelley, Jr. | on behalf of Debtor Heaven's Landing LLC ckelley@kelleyclements.com, twinkler@cummingskelley.com;1663@notices.nextchapterbk.com;3667002420@filings.docketbird.com |
| Charles N. Kelley, Jr. | on behalf of Defendant Heaven's Landing LLC ckelley@kelleyclements.com, twinkler@cummingskelley.com;1663@notices.nextchapterbk.com;3667002420@filings.docketbird.com |
| Charles N. Kelley, Jr. | on behalf of Plaintiff Heaven's Landing LLC ckelley@kelleyclements.com, twinkler@cummingskelley.com;1663@notices.nextchapterbk.com;3667002420@filings.docketbird.com |
| David S. Weidenbaum | on behalf of U.S. Trustee Office of the United States Trustee david.s.weidenbaum@usdoj.gov |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Tamara M. Ogier (Sub V Trustee) | tmo@orratl.com jc@orratl.com;tmo@trustesolutions.net;ctmo11@trustesolutions.net |

TOTAL: 11